PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
OCT -9 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## AMENDED

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Omar Martinez | Case Number: SA-14-CR-00384(1)-XR |

Name of Sentencing Judicial Officer:   Honorable Nelva Gonzales Ramos, United States District Judge

Date of Original Sentence:   July 23, 2013

Original Offense:   Simple possession of Marijuana (Enhanced), in violation of 21 U.S.C. § 844 (a)

Original Sentence:   Ninety (90) days Imprisonment, to be followed with one (1) year supervised release, and $100.00 special assessment

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: December 19, 2013 |

### PREVIOUS COURT ACTION

On April 22, 2014, Jurisdiction was transferred from the Southern District of Texas to Western District of Texas, San Antonio Division.

On May 21, 2014, a Probation Form 12A was submitted due to offender admitting to smoking marijuana on or about April 25, 2014. No action was recommended and the offender was participating in drug treatment with Treatment Associates.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not unlawfully possess a control substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.**<br><br>On September 23, 2014, the offender submitted a urine sample that tested abnormal creatinine levels. On October 1, 2014, this officer questioned Mr. Martinez about his abnormal creatinine levels, and he admitted to smoking marijuana, on or about September 27, 2014. |

Omar Martinez
SA-14-CR-00384
October 6, 2014
Page 2

U.S. Probation Officer Action:

Mr. Omar Martinez began his term of supervised release on December 19, 2013, with a discharge date of December 18, 2014.

Mr. Martinez was placed into substance abuse treatment on January 6, 2014, and had his initial intake on January 13, 2014. He is currently participating in substance abuse treatment with Treatment Associates to include group, and individual sessions. Additionally, he was placed on the comply random urine analysis. However, the offender recently admitted to smoking marijuana on or about September 27, 2014. He reported the recent loss of his grandmother has been very difficult for him, since she took the role of a mother figure when his parents abandoned him. Furthermore, he recently found out his girlfriend is 5 months pregnant that has put some financial stress on him. This officer has increased Mr. Martinez's individual counseling sessions to help address his grandmother's loss, abandonment issues, and his financial stressors.

Mr. Martinez was reminded of his conditions of supervised release. Mr. Martinez is aware that if he incurs any other violations the Court will be notified.

It is respectfully recommended the Court take no adverse action and allow Mr. Martinez the opportunity to work with his counselor and participate in his substance abuse treatment. This officer will closely monitor his progress to ensure his sobriety.

Approved:

_____
Jacqueline Duffner
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5328

cc: Suzan R. Contreras
    Assistant Deputy Chief U.S. Probation Officer

Respectfully submitted,

_____
Criselda A. Fuentes
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5310
Date: October 6, 2014

☒ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____
Honorable Xavier Rodriguez
U.S. District Judge
10/9/14
_____
Date